UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BURR, JR.,

    Plaintiff,                                  Case No. 1:17-cv-991

v.                                                    Hon. Paul L. Maloney

GRAND TRUNK WESTERN
RAILROAD COMPANY,

    Defendant.
_____/

## JUDGMENT

The Court has dismissed all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Dated: February 21, 2020                            /s/ Ray Kent
                                                          United States Magistrate Judge